IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DANA I. WILLIAMS, | § | |
| | § | |
| Defendant-Below, | § | No. 327, 2014 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware, |
| | § | in and for New Castle County, |
| STATE OF DELAWARE, | § | Cr. ID Nos. 0302009660, |
| | § | 0109001783, 9511017952, |
| Plaintiff-Below, | § | 9510004645 |
| Appellee. | § | |

Submitted: July 2, 2014
Decided: July 14, 2014

## **ORDER**

This 14th day of July 2014, it appears to the Court that, on June 19, 2014, the Senior Court Clerk issued a notice to the appellant to show cause why this appeal should not be dismissed for the Court's lack of jurisdiction to consider a criminal interlocutory appeal. The appellant has not responded to the notice to show cause within the required ten-day period and therefore dismissal of the appeal is deemed unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice